**David LYNCH, Appellant,**

v.

**Leonard R. DAVIS, Sheriff of Buchanan County; Steve Hepke, Captain of Buchanan County Sheriff's Department; Mike Ratchford, Deputy Sheriff for Buchanan County, Appellees.**

No. 04–1680.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 2004.

Decided: Oct. 21, 2004.

David Lynch, Waseca, MN, pro se.

Patrick J. McNulty, Grefe & Sidney, P.L.C., Des Moines, IA, Donna R. Miller, Flemington, NJ, for Appellees.

Before WOLLMAN, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

David Lynch (Lynch) appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action involving a high-speed chase. Upon de novo review, *see Lawyer v. City of Council Bluffs*, 361 F.3d 1099, 1103 (8th Cir.2004), we conclude the officer-defendants' conduct was objectively reasonable under the circumstances, and thus the defendants did not violate Lynch's Fourth Amendment right to be free from unreasonable

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

searches and seizures, *see Cole v. Bone*, 993 F.2d 1328, 1332–34 (8th Cir.1993).

Accordingly, we affirm. *See* 8th Cir. R. 47B.